UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROY L. WIMS,

     Plaintiff,

v.                                          CASE NO. 3:22-cv-1237-HES-JBT

EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC, SYNCHRONY BANK,
121 FINANCIAL CREDIT UNION, and
CITIBANK, N.A.,

     Defendants.

_____/

## O R D E R

This matter is before this Court on the "Joint Stipulation for Dismissal without Prejudice (All Parties)" (Dkt. 38).

Accordingly, it is **ORDERED**:

1. Based on to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., the "Joint Stipulation for Dismissal without Prejudice (All Parties)" (Dkt. 38) is **GRANTED**, and this action is dismissed without prejudice, with each party to bear their own costs and attorneys' fees; and

2. The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this 26th day of May

2023.

_____

**HARVEY E. SCHLESINGER**
UNITED STATES DISTRICT JUDGE

Copies to:
Austin James Griffin, Esq.
Max H. Story, Esq.
Grant Edward Lavelle Schnell, Esq.
Alexandria Epps, Esq.
Charlotte A. Long, Esq.
Maximilien Roberto Palenzuela, Esq.
Christopher David Ritchie, Esq.
Todd T. Springer, Esq.
Brian C. Frontino, Esq.
Chantal Pillay, Esq.
Louis M. Ursini, III, Esq.
Alisa M. Taormina, Esq.